**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| CANDELARIA C. PONCE, *et al.* | § | |
| | § | CIVIL ACTION NO. G-05-539 |
| v. | § | |
| | § | IN ADMIRALTY – RULE 9(h) (JURY) |
| M/V ALTAIR, *et al.* | § | |

**<u>VERDICT OF THE JURY</u>**

**<u>INTERROGATORY NO. 1</u>**

Do you find from a preponderance of the evidence that Defendants M/V Altair, Scarlati Ventures, Inc. and B. Navi Spa were negligent in the manner claimed by Plaintiffs and that such negligence was a proximate cause, in whole or in part, of the damages to the Plaintiffs, if any?

ANSWER: "YES" or "NO": Yes

If you answered Interrogatory No. 1 "No", go no further. If you answered Interrogatory No. 1 "Yes", proceed to Interrogatory No. 2.

**INTERROGATORY NO. 2**

Do you find from a preponderance of the evidence that Decedent Abelino Ponce and/or his employer Americargo Transport, Inc., was contributorily negligent in the manner claimed by the Defendants and that such negligence was a proximate cause of damage to Plaintiffs, if any?

Answer "Yes" or "No": Yes

If you answered Interrogatory No. 2 "Yes", answer Interrogatory No. 3. If you answered Interrogatory No. 2 "No", proceed to Interrogatory No. 4.

**INTERROGATORY NO. 3**

What proportion or percentage of Plaintiffs' damages, if any, do you find from a preponderance of the evidence to have been proximately caused by the negligence of the respective parties, if any?

Answer in terms of percentages only. The percentages attributed to both parties must equal 100%. Do not answer in terms of a dollar amount.

ANSWER:

| | |
|---|---|
| Decedent and/or Decedent's stevedore employer: | 4.0 % |
| Defendants: | 96.0 % |
| TOTAL | 100% |

## INTERROGATORY NO. 4

What sum of money, if any, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate each Plaintiff for his, her or its damages, if any, which resulted from the occurrence in question?

Do not reduce the amount of your answer because of the Decedent's negligence, if any.

Consider the following elements of damages, to the extent that they are proved by a preponderance of the evidence and no others. Consider each element of damage, on this and the following pages, separately, so as not to include damages in one element in another element.

1. What sum of money, if paid now in cash, would fairly and reasonably compensate the Estate of Abelino Ponce for his death that resulted from the occurrence in question?

   Consider the elements of damages listed below and none other. Consider each element separately. Do not include damages for one element in any other element. Do not include interest on any amount of damages you find.

Element A: Lost Earnings

Answer: $ 289,000.00

Element B: Lost Accumulations

Answer: $ 0.00

Element C: Medical or Funeral Expenses

Answer: $ 18,849.59

Element D: Pain and Suffering

Answer: $ 100,000.00

2. What sum of money, if paid now in cash, would fairly and reasonably compensate

jmo

the Survivors of ABEL PONCE for his death that resulted from the occurrence in question?

Consider the elements of damages listed below and none other. Consider each element separately. Do not include damages for one element in any other element. Do not include interest on any amount of damages you find.

**Abel Ponce**

| | | |
|---|---|---|
| Element A: | Lost Support | $ 39,750.00 |
| Element B: | Loss of Services | $ 26,250.00 |
| Element C: | Loss of Companionship and/or Society | $ 65,685.00 |

**Arthur Ponce**

| | | |
|---|---|---|
| Element A: | Lost Support | $ 39,750.00 |
| Element B: | Loss of Services | $ 26,250.00 |
| Element C: | Loss of Companionship and/or Society | $ 65,625.00 |

**Jose Ponce**

| | | |
|---|---|---|
| Element A: | Lost Support | $ 15,750.00 |
| Element B: | Loss of Services | $ 10,500.00 |
| Element C: | Loss of Companionship and/or Society | $ 26,250.00 |

**Paula Ponce**

| | | |
|---|---|---|
| Element A: | Lost Support | $ 63,000.00 |
| Element B: | Loss of Services | $ 42,000.00 |
| Element C: | Loss of Companionship and/or Society | $ 105,000.00 |

**Naomi Ponce**

| | | |
|---|---|---|
| Element A: | Lost Support | $ 78,750.00 |
| Element B: | Loss of Services | $ 52,500.00 |
| Element C: | Loss of Companionship and/or Society | $ 131,250.00 |

**Joel Ponce (son of Naomi Ponce)**

| | | |
|---|---|---|
| Element A: | Lost Support | $ 61,250.00 |
| Element B: | Loss of Services | $ 61,250.00 |
| Element C: | Loss of Companionship and/or Society | $ 1,000,000.00 |

**Candi Martinez**

| | | |
|---|---|---|
| Element A: | Lost Support | $ 78,750.00 |
| Element B: | Loss of Services | $ 52,500.00 |
| Element C: | Loss of Companionship and/or Society | $ 131,250.00 |

**Abel Ponce (son of Candi Martinez)**

| | | |
|---|---|---|
| Element A: | Lost Support | $ 61,250.00 |
| Element B: | Loss of Services | $ 61,250.00 |
| Element C: | Loss of Companionship and/or Society | $ 1,000,000.00 |

[redacted]

10/19/06
Date